IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LATERRANCE ESHAWN McCORVEY §
§
v. § 1:09cv286
§ 1:07cr130
UNITED STATES OF AMERICA §

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts,  hereby finds that:

  X  A Certificate of APPEALABILITY should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

  ___  A Certificate of APPEALABILITY should issue for the following specific issue(s):

REASONS:

DATE: May 12, 2011

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE